Matter of Diaz v New York City Hous. Auth.
2026 NY Slip Op 03385
June 2, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Juana Diaz, Petitioner-Respondent,
v
New York City Housing Authority, Respondent-Appellant.

Decided and Entered: June 02, 2026
Index No. 152769/24|Appeal No. 6630|Case No. 2025-00729|
Before: Manzanet-Daniels, J.P., Kennedy, Friedman, Gesmer, Rosado, JJ.
[*1]
An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Paul A. Goetz, J.), entered on or about December 30, 2024,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated May 13, 2026,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: June 2, 2026